**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANCISCO JOEL GARCIA FARIAS,

Defendant.

Case No. 2:26-mj-00773-MDC-1

**ORDER**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, October 28, 2026, at 4:00 p.m. be vacated and continued to February 2, 2027 at the hour of 4:00 p.m.

DATED this 22nd of October 2026.

UNITED STATES MAGISTRATE JUDGE